**LAW OFFICES OF VINCENT C. SCOCA**
395 Franklin Street – PO Box 1649
Bloomfield, New Jersey 07003
(973) 680-8949
Attorney for Defendant

UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 2:08-cr-24-(DMC)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| Plaintiff, | : | Hon. Dennis Cavanaugh, U.S.D.J. |
| vs. | : | |
| SALVATORE POLIZZI, | : | **ORDER** |
| Defendant. | : | |

The Court having reviewed the submissions in support of the application of defendant Salvatore Polizzi for early termination of supervised release and the Court having considered the issue and for good cause shown

It is on this **25** day of **July**, 2011

ORDERED AND ADJUDGED that the within application is hereby granted. Salvatore Polizzi's supervised release is hereby terminated.

_____
Hon. Dennis M. Cavanaugh U.S.D.J.